MARY F. HANNON, Respondent, *v.* SIEGEL-COOPER COMPANY, Appellant.

Reported below, 52 App. Div. 624.
(Argued October 1, 1900; decided October 9, 1900.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1900, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the grounds that the order allowing the appeal does not recite that a question of law is involved which ought to be reviewed by the Court of Appeals; that

no such question is involved; that said order was granted improvidently and without notice to the respondent, and that so much of subdivision 2 of section 191 of the Code of Civil Procedure as authorizes the allowance of an appeal by a judge of the Court of Appeals is unconstitutional.

*Abraham Levy* for motion.

*George Putzel* opposed.

The motion is to vacate allowance of an appeal made *ex parte*, by a judge of this court, in an action to recover damages for personal injuries, from a judgment for the plaintiff unanimously affirmed by the Appellate Division which had refused to certify that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. The allowance of the appeal is not reviewable; the application for the allowance could be made *ex parte*.

The motion is denied, with ten dollars costs.